[No. 29320-6-I.   Division One.   April 12, 1993.]

*In the Matter of the Marriage of* BONNIE JEAN BETCHER,
*Appellant, and* MICHAEL RALPH BETCHER,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 84-3-10467-1, Robert S. Lasnik, J., entered

December 11, 1991. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Grosse and Baker, JJ.